IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>   Plaintiff-in-Interpleader,<br><br>v.<br><br>WILLIAM B. SHERIDAN, *individually, as possible executor of the Estate of Paul A. Sheridan, as possible trustee of the Paul Sheridan Life Insurance Trust potentially created by the Last Will and Testament of Paul A. Sheridan dated July 28, 2018, as possible trustee of the minor trusts for the benefit of B.M.S. and S.G.S potentially created by the Paul A. Sheridan Revocable Trust dated September 4, 2018, as potentially amended (the "Revocable Trust"), and as possible trustee of the Supplemental Needs Trust potentially created by the Revocable Trust*; KOREEN ENGLISH, *individually, as possible executor of the Estate of Paul A. Sheridan, as possible trustee of the minor trusts for the benefit of B.M.S. and S.G.S potentially created by the Revocable Trust, and as possible trustee of the Supplemental Needs Trust potentially created by the Revocable Trust*; and RYAN C. SHERIDAN,<br><br>   Defendants-in-Interpleader. | Civ. No. 5:19-cv-00338 |

**COMPLAINT IN INTERPLEADER**

Plaintiff Genworth Life and Annuity Insurance Company ("Genworth"), pursuant to Rules 8 and 22 of the Federal Rules of Civil Procedure, files its Complaint in Interpleader as follows: