IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>              Plaintiff-in-Interpleader,<br><br>v.<br><br>WILLIAM B. SHERIDAN, *et al.*,<br><br>              Defendants-in-Interpleader. | Civ. No. 5:19-cv-00338 |

**MOTION FOR RECEIPT AND
DEPOSIT OF INTERPLEADER FUNDS**

Plaintiff-in-Interpleader Genworth Life and Annuity Insurance Company ("Genworth") respectfully requests that the Court direct the Clerk of this Court to receive funds from Genworth in the amount of $1,000,000, plus any applicable interest, deposit said funds, and place them in an interest-bearing account, if possible, subject to further order of this Court. In support of this Motion, Genworth shows the Court the following:

      1.      On August 6, 2019, Genworth filed a Complaint in Interpleader with respect to certain proceeds payable pursuant to two life insurance policies payable upon the death of Paul A. Sheridan. The proceeds of each policy are $500,000; the combined proceeds are $1,000,000 plus any applicable interest.

      2.      Genworth has possession of said funds, and is prepared to tender said funds to this Court within fourteen (14) days after an Order from this Court, there to await the decision of the Court with respect to the proper recipient of said funds.

WHEREFORE, Genworth moves the Court to direct the Clerk of this Court to receive, hold, and deposit said funds and place them in an interest-bearing account, if possible, subject to further order of this Court.

This the 6th day of August, 2019.

        **WOMBLE BOND DICKINSON (US) LLP**

By:   /s/ Jesse A. Schaefer
Elizabeth J. Bondurant, N.C. State Bar No. 12447
Jesse A. Schaefer, N.C. State Bar No. 44773
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6082
Emails: Lisa.Bondurant@wbd-us.com;
Jesse.Schaefer@wbd-us.com

*Counsel for Plaintiff-in-Interpleader Genworth Life and Annuity Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF system with notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

N/A

And was served upon all other parties by deposit in the United States Mail, Certified Mail/Return Receipt Request, postage prepaid, addressed as follows:

| | |
|---|---|
| Koreen English<br>2817 Cinema Drive<br>Fuquay-Varina, NC 27526 | William B. Sheridan<br>406 N. Harrison Place Lane<br>Fuquay-Varina, NC 27526 |

Ryan C. Sheridan
406 N. Harrison Place Lane
Fuquay-Varina, NC 27526

This the 6th day of August, 2019.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse A. Schaefer
Jesse A. Schaefer, N.C. State Bar No. 44773
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6082
Email: Jesse.Schaefer@wbd-us.com

*Counsel for Plaintiff in Interpleader Genworth Life and Annuity Insurance Company*