IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Plaintiff-in-Interpleader, <br><br> v. <br><br> WILLIAM B. SHERIDAN, *et al.*, <br><br> Defendants-in-Interpleader. | Civ. No. 5:19-cv-00338 |

NOTICE OF WITHDRAWAL OF
MOTION FOR RECEIPT AND DEPOSIT OF INTERPLEADER FUNDS
WITHOUT PREJUDICE

Plaintiff-in-Interpleader Genworth Life and Annuity Insurance Company ("Genworth") hereby provides notice that it withdraws its previously filed Motion for Receipt and Deposit of Interpleader Funds (DE 5) without prejudice.

This the 19th day of August, 2019.

                                                    **WOMBLE BOND DICKINSON (US) LLP**

By:   /s/ Jesse A. Schaefer
        Elizabeth J. Bondurant, N.C. State Bar No. 12447
        Jesse A. Schaefer, N.C. State Bar No. 44773
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Telephone: (919) 755-8182
        Facsimile: (919) 755-6082
        Emails: Lisa.Bondurant@wbd-us.com;
        Jesse.Schaefer@wbd-us.com

*Counsel for Plaintiff-in-Interpleader Genworth Life and Annuity Insurance Company*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF system with notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

N/A

And was served upon all other parties by deposit in the United States Mail, Certified Mail/Return Receipt Request, postage prepaid, addressed as follows:

Koreen English
2817 Cinema Drive
Fuquay-Varina, NC 27526

William B. Sheridan
406 N. Harrison Place Lane
Fuquay-Varina, NC 27526

Ryan C. Sheridan
406 N. Harrison Place Lane
Fuquay-Varina, NC 27526

This the 19th day of August, 2019.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse A. Schaefer
Jesse A. Schaefer, N.C. State Bar No. 44773
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6082
Email: Jesse.Schaefer@wbd-us.com

*Counsel for Plaintiff in Interpleader Genworth Life and Annuity Insurance Company*